**United States Bankruptcy Court**
**Southern District of Ohio**

In re   **Justin D Allen**                                              Case No.   **2:13-bk-59008**
                                Debtor(s)                               Chapter    **13**

## Notice of Change of Address

Debtor's Social Security Number:                **xxx-xx-9854**

**My (Our) Former Mailing Address and Telephone Number was:**

Name:                **Justin D Allen**

Street:              **7107 Old Prose Court**

City, State and Zip: **Dublin, Ohio 43701**

Telephone #:         **740-705-1109**

**Please be advised that effective April 12, 2016,
my (our) new mailing address and telephone number is:**

Name:                **Justin D Allen**

Street:              **981 Route 228**

City, State and Zip: **Mars, PA 16046**

Telephone #:         **740-705-1109**

/s/ *Justin D Allen*
**Justin D Allen**
Debtor

### CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2016 in the year of Our Lord, a copy of the foregoing Change of Address was served on the following registered ECF participants, electronically through the court's ECF System at the email address registered with the Court:

Brian M Gianangeli on behalf of Creditor Ohio Department of Taxation
Asst US Trustee (Col)
Mitchell Marczewski on behalf of Debtor Justin D Allen
Frank M Pees, Chapter 13 Trustee
Steven Henry Patterson on behalf of Creditor Selene Finance LP
David H Yunghans on behalf of Creditor Selene Finance LP

And on the following by ordinary U.S. Mail addressed to:
Justin D Allen, 6390 West Pike, Dublin, Ohio 43017
ECMC, PO BOX 16408, St. Paul, MN 55116

/s/ *Mitchell C. Marczewski*
**MITCHELL C. MARCZEWSKI (0073258)**